THE STATE OF OHIO, APPELLEE, *v.* LAMPKIN, APPELLANT.

[Cite as *State v. Lampkin,* 130 Ohio St.3d 270, 2011-Ohio-5715.]

(Nos. 2010–1975 and 2010–2232—Submitted November 2, 2011—Decided November 9, 2011.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Lester*, 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

Julia R. Bates, Lucas County Prosecuting Attorney, and Kevin A. Pituch and Evy M. Jarrett, Assistant Prosecuting Attorneys, for appellee.

Kenneth J. Rexford & Co., L.L.C., and Kenneth J. Rexford, for appellant.